IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-278

| | | |
|---|---|---|
| PACIFIC AVENUE I, LLC and PACIFIC AVENUE II, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| CHARLOTTE FC, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Court's own motion. It is **ORDERED** that Charlotte FC, LLC has 30 days to engage the services of a new attorney. Further, it is **ORDERED** that the parties must agree on a mediator within 15 days and go forward with mediation whether or not Charlotte FC, LLC retains counsel. Should the parties be unable to agree on a mediator, the Court intends to appoint Mr. David Hamilton, Esq. to conduct the mediation. The parties shall advise the court concerning the status of mediation on or before 28 January 2009

It is also apparent that U.S Bank has a significant interest in this matter and should participate in the mediation.

Signed: January 13, 2009

Graham C. Mullen
United States District Judge