UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Pacific Avenue I, LLC and Pacific Avenue II, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Charlotte FC, LLC,<br><br>    Defendant. | Civil Action No. 3:08-cv-278-GCM |
| Charlotte FC, LLC, an Indiana Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>Pacific Avenue, LLC, a North Carolina Limited Liability Company, Pacific Avenue II, LLC, a North Carolina Limited Liability Company,<br><br>    Defendants. | Civil Action No. 3:08-cv-258-GCM |

**ORDER OF DISMISSAL**

These cases were consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure by Order dated February 20, 2009. In that same Order, the Court directed the parties to engage in arbitration of all claims and counterclaims asserted by them in the consolidated actions. Thereafter, the parties and their successors and assigns, engaged in substantive negotiations which have led to a global resolution of all matters and things previously in dispute, which were the subject of the litigation and/or demands for arbitration, subject to dismissal with prejudice of these cases.

With the consent of Pacific Avenue, LLC, Pacific Avenue II, LLC, and U.S. Bank National Association (the assignee of Charlotte FC, LLC's claims in the consolidated actions), it is hereby:

ORDERED that all claims, counterclaims as well as any other matter comprised by the subject matter of this litigation are DISMISSED WITH PREJUDICE.

This the 28th day of December, 2009. *Nunc pro tunc*

_____
Graham C. Mullen, Sr.
Senior District Court Judge

Consented to:

_____
Gary S. Hemric, NC Bar No. 6198
JAMES, McELROY & DIEHL, P.A.
600 South College Street
Charlotte, North Carolina 28202
ghemric@jmdlaw.com
704-372-9870 (telephone)
704-333-5508 (facsimile)
**Counsel for Pacific Avenue, LLC, a North Carolina Limited Liability Company, and Pacific Avenue II, LLC, a North Carolina Limited Liability Company-Plaintiffs and Defendants**

_____
Thomas P. Holderness, NC Bar No. 17457
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
tholderness@rbh.com
704-377-8345 (telephone)
704-373-3945 (facsimile)
**Counsel for US Bank**